MARC E. MAYER (190969)
  mem@msk.com
EMILY F. EVITT (261491)
  efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Manwin Licensing International S.à.r.l.

FILED
2013 AUG 13 PM 3: 32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MANWIN LICENSING INTERNATIONAL S.A.R.L.,

  Plaintiff,

  v.

DOES 1 through 10, d/b/a "youporn-tube.us"; "youporn.com.bz"; "youhotporn.com"; "mega-youporn.cc"; "youporn.tv"; "youporn.mobi"; "youpornx.tv"; "justyouporn.com"; "hq-youporn.com"; "goyouporn.com"; "youpornhubvids.com"; "youporns.org"; "youporn.com.es"; "youpornmovie.net"; "youporn.co"; "youporno.com"; "youporn.ru"; "youporn.cm"; "youporn.info"; "youporn.co.uk"; "youporn.com.au"; "you-porn.de"; "youporn.es"; "youporn.fr"; "youporn.lu"; "youporn.name"; "youporn.net"; "youporn.org"; "youporn.pt"

  Defendants.

CASE NO. CV13-05914 MMM (PJWx)

COMPLAINT FOR VIOLATION OF THE ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT

[DEMAND FOR JURY TRIAL]

Mitchell Silberberg & Knupp LLP

5467985.2

Plaintiff Manwin Licensing International S.à.r.l. ("Manwin") avers as follows:

## PRELIMINARY STATEMENT

1. This is an action for unlawful cybersquatting and for violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) ("ACPA"). By this action, Manwin seeks to put an immediate stop to, and to obtain redress for, Defendants' massive and coordinated campaign of cybersquatting and misappropriating Manwin's YOUPORN trademark in no fewer than 29 domain names, each of which was registered unlawfully and in bad faith by Defendants.

2. Manwin owns and licenses the trademarks and domain names used for many of the best-known adult-oriented websites in the world. Among the brands and trademarks owned and controlled by Manwin is the mark YOUPORN. "YouPorn" is used by Manwin and its licensee as the name of a popular Internet website www.youporn.com (the "YouPorn website"). The YouPorn website is visited by millions of people each day and is among the most popular and most visited websites in the United States.

3. Defendants are one or more individuals in the "business" of acquiring and exploiting Internet domain names incorporating well-known trademarks owned by others (a practice known as "cybersquatting"). Cybersquatters seek to trade off popular brand names and websites owned by others by registering and using confusingly similar domain names to re-direct (or mis-direct) members of the public to the cybersquatter's website, rather than to the trademark owner's legitimate website. This case presents a paradigmatic example of unlawful cybersquatting. Defendants, who have no rights in the trademark YOUPORN, registered no fewer than **29** domain names containing variants of the YOUPORN mark and then used those domain names for websites providing competing adult-oriented services. Some of the unauthorized YOUPORN variants used by

Defendants are intended to confuse consumers into believing that their websites are foreign variants of the YouPorn website (*e.g.* "you-porn.de"; "youporn.es"; "youporn.fr"). Defendants' infringing domain names direct the user to adult-oriented content and services that directly compete with Manwin's YouPorn website.

4. Defendants' bad faith and willful conduct has caused, and is continuing to cause, severe and irreparable damage to Manwin. This lawsuit seeks to enjoin such conduct and compensate Manwin for the injury it has suffered.

## JURISDICTION AND VENUE

5. This is an action arising under the Lanham Act, 15 U.S.C. § 1125, <u>et seq</u>. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338 because it arises under the federal Lanham Act.

6. Defendants are subject to personal jurisdiction in the State of California because their acts and omissions took place in substantial part and caused impacts in the State of California, including in Los Angeles County, California.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the acts, omissions and events giving rise to the claims asserted in this Complaint occurred in this judicial district.

## THE PARTIES

8. Plaintiff Manwin Licensing International S.à.r.l. is, and at all relevant times was, a business entity organized as a "Société à responsabilité limitée" under the laws of Luxembourg, and having its principal place of business in the City of Luxembourg, Luxembourg. Manwin's affiliates and licensees include Manwin

USA, Inc., Manwin D.P. Corp., and Playboy Plus Entertainment, Inc., all of which have principal places of business in Los Angeles, California.

9.  Plaintiff is unaware of the true names or capacities of the Defendants sued herein under the fictitious names DOES 1 through 10, inclusive. Plaintiff is informed and believes, and on that basis avers, that DOES 1 through 10 either (1) directly performed the acts alleged herein, (2) were acting as the agents, principals, alter egos, employees, or representatives of the other Defendants, and/or (3) otherwise participated in the acts alleged herein with other Defendants. Accordingly, Defendants DOES 1 through 10 each are liable for all of the acts alleged herein because they were the cause in fact and proximate cause of all injuries suffered by Plaintiff as alleged herein. Plaintiff will amend the Complaint to state the true names of Defendants DOES 1 through 10 when their identities are discovered.

### THE DOMAIN NAME SYSTEM

10. The Internet is an international network of interconnected servers and computers. Each computer or host server connected to the Internet has a unique identity, established by its Internet Protocol ("IP") address. An IP address consists of a string of four numbers, separated by periods (*e.g.*, 123.45.67.89). The unique IP address ensures that users are directed to the computer or host server for the particular website they intend to visit.

11. Because the string of numbers contained in IP addresses is difficult to remember, the Domain Name System ("DNS") was introduced to allow individual users to identify a computer using an easier-to-remember alphanumeric "domain name" such as "youporn.com." The unique domain name is incorporated into a Uniform Resource Locator ("URL"). Internet users connect to a website by typing the URL into (or linking to the URL through) their browser. The DNS ensures that each unique alphanumeric "domain name" and URL corresponds to a specific

numerical IP address. When an Internet user enters a domain name and URL into a browser, the URL is sent to a DNS server. The server looks up the IP address assigned to that domain name. The browser then links to the server having that IP address, which hosts the desired website.

12. To acquire a domain name, members of the public ("registrants") purchase that domain name from "registrars" such as GoDaddy and Network Solutions. Registrants pay an initial registration fee, along with an annual fee, to the registrar. In return, the domain name is reserved for the exclusive use of the registrant and cannot be used by any other person or entity.

13. Typically, registrars record and make publicly available the names and contact information of registrants. Such information generally can be found using a search of the Internet "WhoIs" database. The WhoIs database is intended, among other things, to ensure that members of the public, such as the owners of intellectual property rights, have the ability to make contact with the owners of a website or domain name, including to register complaints concerning the content of the website or domain name. However, many individuals and entities have sought to exploit the Internet for various nefarious ends. These individuals do not wish to be located by rights holders or others, and thus have sought ways to register websites anonymously. As a result, an entire industry has arisen offering so-called domain name "privacy services." These domain "privacy services" register domain names on behalf of their clients in the name of the privacy service (rather than in the name of the client). The privacy service then licenses the domain name back to the client. Thus, a "WhoIs" search for a domain name registered by a privacy service will disclose the registrant of the domain name as the *privacy service*, or simply list "Private," and the only contact information listed will be an email address or telephone number used by the privacy service.

## PLAINTIFF AND ITS TRADEMARKS

14. Manwin owns and licenses one of the largest portfolios of premium adult-oriented domain names and trademarks. Among Manwin's most popular websites is YouPorn, located at www.youporn.com. The YouPorn website offers visitors access to a library of user-uploaded adult-oriented content. The YouPorn website is among the most visited websites on the Internet, and millions of people throughout the world visit it every day. Indeed, according to web metrics firm "Alexa," the YouPorn website is the 111th most visited website in the United States.

15. The YouPorn website distinguishes itself from other similar websites by offering a large selection of high-quality content in a searchable, easy-to-use, secure environment. Manwin has invested considerable resources designing and maintaining the YouPorn website, advertising the website, and ensuring that the website conveys a distinctive and recognizable image and commercial impression. As a result, the YouPorn website is widely recognized around the world and has obtained a reputation among members of the consuming public for high-quality adult content.

16. Manwin is the owner of common law rights, and of a valid and subsisting trademark registration for YOUPORN, Reg. No. 3534702, for entertainment services which is registered on the Principal Register of the United States Patent and Trademark Office. ("The YOUPORN Mark").

17. The YOUPORN Mark is protectable and not generic. Plaintiff has invested considerable time, effort, and financial resources cultivating consumer recognition and goodwill in the YOUPORN Mark and YouPorn website, and establishing a strong association in the minds of the consuming public between the YOUPORN Mark and premium, free adult entertainment. As a result, the YOUPORN Mark has achieved secondary meaning within the adult entertainment industry and in the minds of the public at large.

## DEFENDANTS AND THEIR UNLAWFUL CONDUCT

18. Defendants are individuals or entities with no affiliation to Manwin and without any rights to the YOUPORN Mark. Nevertheless, between 2005 and 2013, Defendants caused to be registered no fewer than **29** domain names that contain variations of the phrase "youporn," and are confusingly similar to Manwin's YOUPORN Mark.

19. Among the domain names registered by Defendants are the following 29 domain names: "youporn-tube.us"; "youporn.com.bz"; "youhotporn.com"; "mega-youporn.cc"; "youporn.tv"; "youporn.mobi"; "youpornx.tv"; "justyouporn.com"; "hq-youporn.com"; "goyouporn.com"; "youpornhubvids.com"; "youporns.org"; "youporn.com.es"; "youpornmovie.net"; "youporn.co"; "youporno.com"; "youporn.ru"; "youporn.cm"; "youporn.info"; "youporn.co.uk"; "youporn.com.au"; "you-porn.de"; "youporn.es"; "youporn.fr"; "youporn.lu"; "youporn.name"; "youporn.net"; "youporn.org"; and "youporn.pt" (collectively the "Infringing Domains").

20. The vast majority of the Infringing Domains are held in the name of a privacy service, and the Whois results for these domains merely list the owner as "Private." Because Defendants have used privacy services to protect their identities, Manwin has been unable to determine the true identities of Defendants, but will amend its complaint upon learning such information.

21. Defendants are, and at all relevant times were, well aware of the infringing nature of the Infringing Domains. Indeed, the only reason why Defendants obtained the Infringing Domains was to divert traffic away from Manwin's YouPorn website and confuse consumers into visiting their competing websites instead. Moreover, Defendants' knowledge of their infringing conduct is evidenced by their anonymous registration of the Infringing Domains through privacy services, rather than in their own names.

## FIRST CLAIM FOR RELIEF

[Violation of the Anti-Cybersquatting Act – 15 U.S.C. § 1125(d)]

22. Manwin realleges each and every allegation set forth in Paragraphs 1 through 21, inclusive, and incorporates them by reference herein.

23. Manwin owns all rights in and to the YOUPORN Mark. The YOUPORN Mark is distinctive and famous.

24. Defendants have registered, trafficked in, and/or used the Infringing Domains, which are identical or confusingly similar to Manwin's YOUPORN Mark. Indeed, the Infringing Domains each incorporate the YOUPORN Mark.

25. Defendants' use of the Infringing Domains has, at all times, been an intentional and willful attempt to profit, in bad faith, from the YOUPORN Mark. Among other things, (a) Defendants have no trademark or other intellectual property rights in the YOUPORN Mark or the Infringing Domains; (b) Defendants are not making any *bona fide* noncommerical or fair use of the YOUPORN Mark; (c) Defendants intend to divert traffic from the official YouPorn website; (d) the YOUPORN Mark is a well-known mark, associated throughout the world with Manwin's premium, free adult entertainment services; and (e) Defendants at all times knew that they did not possess any trademark, other intellectual property rights, or any other rights whatsoever in the YOUPORN Mark, and registered the Infringing Domains with (and despite) that knowledge.

26. As a direct and proximate result of Defendants' conduct, Manwin is entitled to damages and to Defendants' profits in amounts to be proven at trial, which are not currently ascertainable. Alternatively, Manwin is entitled to maximum statutory damages of $100,000 for each of the 29 Infringing Domains pursuant to 15 U.S.C. § 1117(d), for a total amount of up to $2.9 million.

27. Manwin further is entitled to its attorneys' fees and costs pursuant to 15 U.S.C. § 1117(a).

28.     As a result of Defendants' acts and conduct, Manwin has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Manwin is informed and believes, and on that basis avers, that, unless enjoined and restrained by this Court, Defendants will continue to infringe Manwin's valuable YOUPORN Mark.  Manwin is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## PRAYER FOR RELIEF

WHEREFORE, Manwin respectfully requests judgment against Defendants and each of them as follows:

1.     Preliminarily and permanently enjoining Defendants, their agents, representatives, employees, assigns and suppliers, and all persons acting in concert or privity with them, from using the Infringing Domains, or any other name or mark or domain name that is likely to cause confusion, to cause mistake, or to deceive with respect to the YOUPORN Mark, or from otherwise competing unfairly with Manwin;

2.     Directing Defendants to transfer to Manwin the domain name registrations for the Infringing Domains, including but not limited to the domains "youporn-tube.us"; "youporn.com.bz"; "youhotporn.com"; "mega-youporn.cc"; "youporn.tv"; "youporn.mobi"; "youpornx.tv"; "justyouporn.com"; "hq-youporn.com"; "goyouporn.com"; "youpornhubvids.com"; "youporns.org"; "youporn.com.es"; "youpornmovie.net"; "youporn.co"; "youporno.com"; "youporn.ru"; "youporn.cm"; "youporn.info"; "youporn.co.uk"; "youporn.com.au"; "you-porn.de"; "youporn.es"; "youporn.fr"; "youporn.lu"; "youporn.name"; "youporn.net"; "youporn.org"; "youporn.pt";

1    3.   Awarding Manwin maximum statutory damages under 15 U.S.C. §1117(d), of $100,000 for each of the 29 Infringing Domains, for a total of up to $2.9 million in statutory damages;

4.   Awarding Manwin its damages and Defendants' profits derived by reason of the unlawful acts complained of herein as provided by law;

5.   Awarding Manwin its reasonable attorneys' fees, prejudgment interest, and costs of suit as provided by law;

6.   Such other relief as the Court may deem just and proper.

DATED: August 13, 2013

MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
Marc E. Mayer
Attorneys for Plaintiff
Manwin Licensing International S.à.r.l.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues triable of right by jury.

DATED: August 13, 2013

MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Marc E. Mayer
Attorneys for Plaintiff
Manwin Licensing International S.à.r.l.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge ___Margaret M. Morrow___ and the assigned Magistrate Judge is ___Patrick J. Walsh___ .

The case number on all documents filed with the Court should read as follows:

**2:13-CV-5914-MMM (PJWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

August 13, 2013                By   MDAVIS
Date                                Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☑ Western Division | ☐ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

CV-18 (08/13)                NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

MARC E. MAYER, mem@msk.com (190969)
EMILY F. EVITT, efe@msk.com (261491)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MANWIN LICENSING INTERNATIONAL S.A.R.L.,

PLAINTIFF(S)

v.

DOES 1 through 10, d/b/a "youporn-tube.us"; "youporn.com.bz"; "youhotporn.com"; "mega-youporn.cc"; "youporn.tv"; "youporn.mobi"; "youpornx.tv"; "justyouporn.com"; "hq-youporn.com"; "goyouporn.com"; "youpornhubvids.com"; "youporns.org"; "youporn.com.es"; "youpornmovie.net"; "youporn.co"; "youporno.com"; "youporn.ru"; "youporn.cm"; "youporn.info"; "youporn.co.uk"; "youporn.com.au"; "you-porn.de"; "youporn.es"; "youporn.fr"; "youporn.lu"; "youporn.name"; "youporn.net"; "youporn.org"; "youporn.pt"

DEFENDANT(S).

CASE NUMBER

**CV13-05914-mmm (PJW)**

## SUMMONS

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ ____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Marc E. Mayer, whose address is Mitchell Silberberg & Knupp LLP 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: AUG 13 2013

Clerk, U.S. District Court

By: MARILYN DAVIS
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                SUMMONS



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
MANWIN LICENSING INTERNATIONAL S.A.R.L.,

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
DOES 1 through 10, d/b/a "youporn-tube.us"; "youporn.com.bz"; "youhotporn.com"; "mega-youporn.cc"; "youporn.tv"; "youporn.mobi"; "youpornx.tv"; "justyouporn.com"; "hq-youporn.com"; "goyouporn.com"; "youpornhubvids.com"; "youporns.org"; "youporn.com.es"; "youpornmovie.net"; "youporn.co"; "youporno.com"; "youporn.ru"; "youporn.cm"; "youporn.info"; "youporn.co.uk"; "youporn.com.au"; "you-porn.de"; "youporn.es"; "youporn.fr"; "youporn.lu"; "youporn.name"; "youporn.net"; "youporn.org"; "youporn.pt"

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
MARC E. MAYER, mem@msk.com (190969)
EMILY F. EVITT, efe@msk.com (261491)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ 2,900,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
VIOLATION OF THE ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT, 15 U.S.C. § 1125(d)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influ-enced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Com-modities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: CV13-05914

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Luxembourg - Manwin Licensing International S.à.r.l. |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Unknown |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____  DATE: August 13, 2013

Marc E. Mayer

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |