1  MARC E. MAYER (190969)
    mem@msk.com
2  EMILY F. EVITT (261491)
    efe@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, CA  90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Plaintiff
   Manwin Licensing International S.à.r.l.
7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | MANWIN LICENSING INTERNATIONAL S.A.R.L., | CASE NO. CV13-5914 JAK(CWx) |
|---|---|---|
| 12 | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| 13 | v. | |
| 14 | DOES 1 through 10, d/b/a "youporn-tube.us"; "youporn.com.bz"; "youhotporn.com"; "mega-youporn.cc"; "youporn.tv"; "youporn.mobi"; "youpornx.tv"; "justyouporn.com"; "hq-youporn.com"; "goyouporn.com"; "youpornhubvids.com"; "youporns.org"; "youporn.com.es"; "youpornmovie.net"; "youporn.co"; "youporno.com"; "youporn.ru"; "youporn.cm"; "youporn.info"; "youporn.co.uk"; "youporn.com.au"; "you-porn.de"; "youporn.es"; "youporn.fr"; "youporn.lu"; "youporn.name"; "youporn.net"; "youporn.org"; "youporn.pt" | **[FED. R. CIV. P., RULE 41(a)(1)(A)(i)]** |
| 22 | Defendants. | |

Mitchell Silberberg & Knupp LLP

5935256.1/43277-00147

1  NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the
2  Federal Rules of Civil Procedure, Plaintiff Manwin Licensing International S.à.r.l.
3  voluntarily dismisses this action, in its entirety, without prejudice.

DATED:  March 14, 2014                    MARC E. MAYER
                                          EMILY F. EVITT
                                          MITCHELL SILBERBERG & KNUPP LLP

                                          By:   /s/ Emily F. Evitt
                                          Attorneys for Plaintiff
                                          Manwin Licensing International S.à.r.l.